UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                         Case No. 13-cr-192-rtr

MARIANO A. MEZA,

    *Defendant*.

---

### DEFENDANT'S DOCKETING STATEMENT AND DISCLOSURE STATEMENT

Mariano A. Meza, by counsel, now files this docketing statement pursuant to CIRCUIT RULE 3(c)(1) (7th Cir.). He files his notice of appeal simultaneously. Mr. Meza also includes here his CIRCUIT RULE 26.1 (7th Cir.) disclosure statement.

1.    The United States District Court for the Eastern District of Wisconsin had jurisdiction over this federal criminal case under 18 U.S.C. § 3231. A grand jury in the Eastern District of Wisconsin charged Meza in a one-count indictment with violating 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

2.    The defendant-appellant is a natural person, and no party is a corporation.

FEDERAL DEFENDER SERVICES<br>OF WISCONSIN, INC.

3. This is a direct appeal from a judgment of conviction. The United States Court of Appeals for the Seventh Circuit has jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

4. The judgment that Mr. Meza appeals was imposed on October 2, 2014 and entered on October 7, 2014.

5. The notice of appeal is filed with this docketing statement on October 15, 2014.

6. There was no prior litigation in the district court arising out of the same transaction or designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

7. Pursuant to CIRCUIT RULE 26.1 (7th Cir.), counsel notes that only the law firm of Federal Defender Services of Wisconsin, Inc., through Julie K. Linnen, Juval O. Scott, and Joseph A. Bugni appeared for the defendant-appellant in the United States District Court for the Eastern District of Wisconsin, and only Federal Defender Services of Wisconsin, Inc., through Joseph A. Bugni, is expected to appear for defendant-appellant in the United States Court of Appeals for the Seventh Circuit.

Dated at Madison, Wisconsin, October 15, 2014.

>Respectfully submitted,
>Mariano A. Meza, *Defendant*
>
>*/s/ Joseph A. Bugni*
>Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org