No. 14-3271
───────────────────────────────────────

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
───────────────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.
_____

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

    Mariano A. Meza-Rodriguez, by counsel, Federal Defender Services of Wisconsin, Inc. by Joseph A. Bugni, moves under Fed. R. App. P. 26(b) and Circuit Rule 26, for a 60-day extension of time to file the appellant's brief in the above-entitled matter. It is currently due on November 24, 2014.

    In support of this motion, counsel's affidavit is attached.

FEDERAL DEFENDER SERVICES<br>OF WISCONSIN, INC.

Dated this 17th day of November, 2014.

        Respectfully submitted,

        MARIANO A. MEZA-RODRIGUEZ,
                *Defendant-Appellant*

        */s/ Joseph A. Bugni*
        Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2014, I electronically filed the foregoing with the clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. All participants in the case are registered CM/ECF users and, as such, will be served by the CM/ECF system.

        */s/ Joseph A. Bugni*
        Joseph A. Bugni