No. 14-3271

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

_____

**AFFIDAVIT OF JOSEPH A. BUGNI**

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) ss. |
| COUNTY OF DANE | ) |

Joseph A. Bugni, being first duly sworn, on oath deposes and says that:

1.    I am an attorney employed by Federal Defender Services of Wisconsin, Inc. and duly licensed to practice law in the State of Wisconsin and in the United States Court of Appeals for the Seventh Circuit. I make this affidavit upon personal knowledge.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

2. I represent defendant-appellant Mariano A. Meza-Rodriguez on appeal, and I represented him in the district court.

3. The attached motion and this affidavit are being submitted to the Court to request an extension of time to January 27, 2015. The defendant-appellant's brief is currently due November 24, 2014.

4. This is counsel's first request for an extension in this matter.

5. This case involves an issue of first impression in this Circuit: whether aliens posses Second Amendment rights. The University of Wisconsin Law School has become involved with the appeal, and students from its federal appeals clinic will help in the briefing and likely argue the case. Given their schedules and the difficulties of working around finals and breaks, the defense needs more time to draft and edit the opening brief. After consultation with the professor overseeing the Federal Appeals project, I believe that sixty days will be sufficient time to draft and file the opening brief.

6. I have contacted AUSA Gail Hoffman and she has no objection to this request.

FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

For the foregoing reasons, counsel respectfully requests an extension of time to file defendant-appellant's reply brief in this case from November 24, 2014 to January 27, 2015.

> Respectfully submitted,
>
> Mariano A. Meza-Rodriguez,
> *Defendant-Appellant*
>
> */s/ Joseph A. Bugni*
> Joseph A. Bugni
>
> FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Tel: 608-260-9900
> Fax: 608-260-9901
> joseph_bugni@fd.org

Subscribed and sworn to before
me this 17th day of November, 2014.

*/s/ Cindy L. Hughes*
Cindy L. Hughes
Notary Public - State of Wisconsin
My Commission Expires: 07/06/18