No. 14-3271
───────────────────────────────

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
───────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.
_____

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF DEFENDANT-APPELLANT**

    Mariano A. Meza-Rodriguez, by counsel, Federal Defender Services of Wisconsin, Inc. by Joseph A. Bugni, moves under Fed. R. App. P. 26(b) and Circuit Rule 26, for an additional 10-day extension of time to file the defendant-appellant's brief in the above-entitled matter. It is currently due on January 27, 2015.

    In support of this motion, counsel's affidavit is attached.

FEDERAL DEFENDER SERVICES<br>OF WISCONSIN, INC.

Dated this 21st day of January, 2015.

> Respectfully submitted,
>
> MARIANO A. MEZA-RODRIGUEZ,
> *Defendant-Appellant*
>
> */s/ Joseph A. Bugni*
> Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, I electronically filed the foregoing with the clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. All participants in the case are registered CM/ECF users and, as such, will be served by the CM/ECF system.

> */s/ Joseph A. Bugni*
> Joseph A. Bugni