No. 14-3271

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

_____

## AFFIDAVIT OF JOSEPH A. BUGNI

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) ss. |
| COUNTY OF DANE | ) |

Joseph A. Bugni, being first duly sworn, on oath deposes and says that:

1.    I am an attorney employed by Federal Defender Services of Wisconsin, Inc. and duly licensed to practice law in the State of Wisconsin and in the United States Court of Appeals for the Seventh Circuit. I make this affidavit upon personal knowledge.

2.    I represent defendant-appellant Mariano A. Meza-Rodriguez on appeal, and I represented him in the district court.

3. The attached motion and this affidavit are being submitted to the Court to request an additional extension of time to February 6, 2015 to file defendant-appellant's brief which is currently due on January 27, 2015.

4. This is counsel's second request for an extension in this matter.

5. This case involves an issue of first impression in this Circuit: whether aliens possess Second Amendment rights. The University of Wisconsin Law School has become involved with the appeal, and students from its federal appeals clinic will help in the briefing and likely argue the case.

6. We originally asked for more time to accommodate the students' schedules. Since then, I have reviewed two drafts of the brief, and while they continue to improve the drafts, the brief is a long way from being worthy of a court of appeals brief and for an issue as substantial as the one this case raises.

7. Mindful of balancing the need to have a persuasive brief on Meza's behalf, with the pedagogical needs of the students, the defense respectfully requests an additional ten days. This will give us the time to fine-tune the brief without simply taking over for the students. In addition, Mr. Meza is not in custody.

8. I have contacted AUSA Gail Hoffman and she has no objection to this request.

For the foregoing reasons, counsel respectfully requests an additional extension of time to file defendant-appellant's brief in this case from January 27, 2015 to February 6, 2015.

> Respectfully submitted,
>
> Mariano A. Meza-Rodriguez,
> *Defendant-Appellant*
>
> */s/ Joseph A. Bugni*
> Joseph A. Bugni
>
> FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Tel: 608-260-9900
> Fax: 608-260-9901
> joseph_bugni@fd.org

Subscribed and sworn to before
me this 21st day of January, 2015.

*/s/ Cindy L. Hughes*
Cindy L. Hughes
Notary Public - State of Wisconsin
My Commission Expires: 07/06/18