# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

**ORDER**

January 21, 2015

*By the Court:*

| | |
|---|---|
| No. 14-3271 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MARIANO A. MEZA-RODRIGUEZ,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 2:13-cr-00192-RTR-1
Eastern District of Wisconsin
District Judge Rudolph T. Randa

Upon consideration of the **SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF DEFENDANT-APPELLANT**, filed on January 21, 2015, by counsel,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by February 6, 2015.

2. The brief of the appellee is due by March 9, 2015.

3. The reply brief of the appellant, if any, is due by March 23, 2015.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)