# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Joseph A. Bugni, Supervising Attorney
Peter R. Moyers
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 18, 2015

Mr. Gino J. Agnello
Clerk, United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, 27th Floor
Chicago, Illinois  60604

>   Re:   *United States v. Mariano A. Meza-Rodriguez*
>         Appeal No. 14-3271

Dear Mr. Agnello:

This letter is to advise that the following are dates that are unavailable for oral argument for myself, Professor Adam Stevenson, Samuel Robins (student), and Richard Staley (student): May 3-5, 10, 11, 14-17, 18-22 and 26, 2015.

At the present time, it is unclear who will be doing the oral argument but an oral argument confirmation will be filed soon.

Thank you.

>   Sincerely,
>
>   */s/ Joseph A. Bugni*
>
>   Joseph A. Bugni
>   Associate Federal Defender

cc:   AUSA Gail Hoffman