UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.                              Case No. 14-3271

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
THE HONORABLE RUDOLPH T. RANDA,
UNITED STATES DISTRICT JUDGE, PRESIDING
CASE NO. 13-CR-192

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

The appellee, by and through its attorneys, James L. Santelle, United States Attorney, and Gail J. Hoffman, Assistant United States Attorney, hereby respectfully moves this Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26 of the Seventh Circuit Rules, for an extension of time until April 17, 2015, in which to file the appellee's brief.

As grounds for this motion, the declaration of Gail J. Hoffman is attached. In addition, the appellee states as follows:

The brief of the appellee is currently due on March 9, 2015.

Dated at Milwaukee, Wisconsin this 24th day of February, 2015.

> Respectfully submitted,
>
> JAMES L. SANTELLE
> United States Attorney

By:

> /s/Gail J. Hoffman
> GAIL J. HOFFMAN
> Assistant United States Attorney

U.S. Federal Building & Courthouse
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1731

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.     Case No. 14-3271

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

**DECLARATION OF GAIL J. HOFFMAN IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

I, Gail J. Hoffman, declare the following to be true and correct under penalty of perjury:

1. I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of Wisconsin. I am assigned to this appeal.

2. The appellant's brief was filed on February 5, 2015. The appellee's brief is due March 9, 2015.

3. This is the first extension requested by the Government. Counsel for the Defendant-Appellant does not object to an extension.

4. As counsel previously noted, this specific issue is a matter of first impression for this circuit.

5. In the same vein as counsel for the defendant-appellant, a Marquette University law student intern is assisting in the drafting of this brief.

6. Taking into consideration the intern's schedule, in combination with other matters I am handling, I respectfully request an extension until April 17, 2015.

7. This requested adjournment also takes into consideration my long-standing spring holiday plans, and the holiday schedule of the law student.

8. For all of the foregoing reasons, in order to have adequate time to supervise and prepare a brief which will address the issue thoroughly and better assist the Court in its decision-making process, I respectfully request an extension to April 17, 2015, to file the United States' responsive brief.

/s/ Gail J. Hoffman
GAIL J.  HOFFMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

  I hereby certify that on February 24, 2015, I caused to be electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                /s/ Gail J. Hoffman
                GAIL J. HOFFMAN
                Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-1731