UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.         Case No. 14-3271

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
THE HONORABLE RUDOLPH T. RANDA,
UNITED STATES DISTRICT JUDGE, PRESIDING
CASE NO. 13-CR-192

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

The appellee, by and through its attorneys, James L. Santelle, United States Attorney, and Gail J. Hoffman, Assistant United States Attorney, hereby respectfully moves this Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26 of the Seventh Circuit Rules, for an extension of time until April 28, 2015, in which to file the appellee's brief.

As grounds for this motion, the declaration of Gail J. Hoffman is attached. In addition, the appellee states as follows:

The brief of the appellee is currently due on April 17, 2015.

Dated at Milwaukee, Wisconsin this 9th day of April, 2015.

                                                Respectfully submitted,

                                                JAMES L. SANTELLE
                                                United States Attorney

                        By:

                                                <u>/s/Gail J. Hoffman</u>
                                                GAIL J. HOFFMAN
                                                Assistant United States Attorney

U.S. Federal Building & Courthouse
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1731

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

    v.        Case No. 14-3271

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

**DECLARATION OF GAIL J. HOFFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

I, Gail J. Hoffman, declare the following to be true and correct under penalty of perjury:

1. I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of Wisconsin. I am assigned to this appeal.

2. The appellant's brief was filed on February 5, 2015. The appellee's brief is due on April 17, 2015.

3. This is the second extension requested by the Government. I have contacted counsel for the Defendant-Appellant who does not object to the requested extension.

4. As counsel previously noted, this specific issue is a matter of first impression for this circuit.

5. The week of March 16, 2015, I was out of the office as a result of a kidney stone, and kidney infection. Complications ensued which required intravenous antibiotics at the hospital.

6. After returning to the office on March 23, 2015, I have worked on matters that were previously extended as a result of my absence from the office, and have continued to recover. As a result of the above combination, it will be difficult to fulfill my office's review requirements and timely complete the government's brief.

7. Taking into consideration the above, I respectfully request an extension until April 28, 2015.

8. For all of the foregoing reasons, in order to have adequate time to prepare a brief which will address the issue thoroughly and better assist the Court in its decision-making process, I respectfully request an extension until April 28, 2015, to file the United States' responsive brief.

/s/ Gail J. Hoffman
GAIL J. HOFFMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015, I caused to be electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                        /s/ Gail J. Hoffman
                                        GAIL J. HOFFMAN
                                        Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-1731