Daniel W. Stiller, Federal Defender
Joseph A. Bugni, Supervising Attorney
Peter R. Moyers
Kelly A. Welsh
Shelley M. Fite

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

April 20, 2015

Mr. Gino J. Agnello
Clerk, United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, 27th Floor
Chicago, Illinois  60604

Re:     *United States v. Mariano A. Meza-Rodriguez*
          Appeal No. 14-3271

Dear Mr. Agnello:

This letter is to update the dates that are unavailable for oral argument for myself, Professor Adam Stevenson, Samuel Robins (student), and Richard Staley (student): May 6-22, June 1-2, 12, 20, July 16-21, 27-31, August 27-29, and September 9-1, 2015.

At the present time, it is unclear who will be doing the oral argument but an oral argument confirmation will be filed soon.

Thank you.

Sincerely,

*/s/ Joseph A. Bugni*

Joseph A. Bugni
Associate Federal Defender

cc:     AUSA Gail Hoffman