No. 14-3271
───────────────────────────────

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
───────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.
_____

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF OF DEFENDANT-APPELLANT**

Mariano A. Meza-Rodriguez, by counsel, Federal Defender Services of Wisconsin, Inc. by Joseph A. Bugni, moves under Fed. R. App. P. 26(b) and Circuit Rule 26, for an additional 7-day extension of time to file the defendant-appellant's brief in the above-entitled matter. It is currently due on May 12, 2015.

In support of this motion, counsel's affidavit is attached.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated this 6th day of May, 2015.

                                    Respectfully submitted,

                                    MARIANO A. MEZA-RODRIGUEZ,
                                              *Defendant-Appellant*

                                  */s/ Joseph A. Bugni*
                                  Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2015, I electronically filed the foregoing with the clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. All participants in the case are registered CM/ECF users and, as such, will be served by the CM/ECF system.

                                  */s/ Joseph A. Bugni*
                                  Joseph A. Bugni