No. 14-3271

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MARIANO A. MEZA-RODRIGUEZ,

    Defendant-Appellant.

_____

## AFFIDAVIT OF JOSEPH A. BUGNI

| | |
|---|---|
| STATE OF WISCONSIN | ) |
|  | ) ss. |
| COUNTY OF DANE | ) |

Joseph A. Bugni, being first duly sworn, on oath deposes and says that:

1.    I am an attorney employed by Federal Defender Services of Wisconsin, Inc. and duly licensed to practice law in the State of Wisconsin and in the United States Court of Appeals for the Seventh Circuit. I make this affidavit upon personal knowledge.

2.    I represent defendant-appellant Mariano A. Meza-Rodriguez on appeal, and I represented him in the district court.

3. The attached motion and this affidavit are being submitted to the Court to request an additional extension of time to May 19, 2015 to file defendant-appellant's reply brief which is currently due on May 12, 2015.

4. This is counsel's first request for an extension of the reply brief.

5. This case involves an issue of first impression in this Circuit: whether aliens possess Second Amendment rights. The University of Wisconsin Law School has become involved with the appeal, and students from its federal appeals clinic will help in the briefing and likely argue the case.

6. The students are in the midst of final exams right now, and will not have the opportunity to work on the brief for the remainder of this week. While I could write the reply brief for the students, it does not serve their pedagogical needs for it to be taken over by an attorney that should otherwise be assisting them.

7. Furthermore, the oral argument is already set for June 5, 2015. So no other extension would be needed or considered, and if this one-week extension is given, the Court would have enough time to receive and read the reply brief before the oral argument.

8. I have contacted AUSA Gail Hoffman and she has no objection to this request.

FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

For the foregoing reasons, counsel respectfully requests an additional extension of time to file defendant-appellant's reply brief in this case from May 12, 2015 to May 19, 2015.

>Respectfully submitted,
>
>Mariano A. Meza-Rodriguez,
>*Defendant-Appellant*
>
>*/s/ Joseph A. Bugni*
>Joseph A. Bugni
>
>FEDERAL DEFENDER SERVICES
> OF WISCONSIN, INC.
>22 East Mifflin Street, Suite 1000
>Madison, Wisconsin 53703
>Tel: 608-260-9900
>Fax: 608-260-9901
>joseph_bugni@fd.org

Subscribed and sworn to before me this 6th day of May, 2015.

*/s/ Cindy L. Hughes*
Cindy L. Hughes
Notary Public - State of Wisconsin
My Commission Expires: 07/06/18