# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 5, 2015

*Before*

DIANE P. WOOD, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 14-3271 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MARIANO A. MEZA-RODRIGUEZ,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:13-cr-00192-RTR-1<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa | |

    **IT IS ORDERED** that the parties shall submit supplemental briefs addressing the effect of *Diaz v. Duckworth*, 143 F.3d 345 (7th Cir. 1998), if any, on this case. The supplemental briefs are due by June 19, 2015.

form name: **c7_Order_3J**(form ID: **177**)