

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*  *414 / 297-1700*
*Milwaukee, WI 53202*

June 19, 2015

Mr. Gino Agnello
U.S. Court of Appeals
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

    RE:    *United States v. Meza-Rodriguez*, Case No. 14-3271
           Filing in the Matter of Supplemental Briefing

Dear Mr. Agnello:

    As ordered by the court during oral argument on June 5, 2015, in the above-referenced case, supplemental briefing regarding *Diaz v. Duckworth*, 143 F.3d 345 (7th Cir. 1998) was directed. To this end, both parties were required to submit a supplemental brief addressing *Diaz,* and applicable decisions in other circuits.

    Counsel for Meza-Rodriguez shared his brief prior to its filing, and asked if the government would join in on his submission. The government has reviewed Meza-Rodriguez's brief, and shares this analysis. Consequently, as also indicated in the defendant-appellant's brief, please accept Meza-Rodriguez's filing as a joint submission of the parties. The government agrees that this analysis is correct.

                                          Very truly yours,

                                          JAMES L. SANTELLE
                                          United States Attorney

            By:

                                          s/GAIL J. HOFFMAN
                                          Assistant United States Attorney
                                          Telephone: (414) 297-1731
                                          Fax: (414) 297-1738
                                          E-Mail: gail.hoffman@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.   I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                s/Gail J. Hoffman
                                                GAIL J. HOFFMAN
                                                Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-1700