# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 20, 2015

| Before: | DIANE P. WOOD, Chief Judge |
|---|---|
| | JOEL M. FLAUM, Circuit Judge |
| | FRANK H. EASTERBROOK, Circuit Judge |

| | |
|---|---|
| No. 14-3271 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> MARIANO A. MEZA-RODRIGUEZ, <br> Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 2:13-cr-00192-RTR-1 <br> Eastern District of Wisconsin <br> District Judge Rudolph T. Randa ||

The District Court's denial of Meza-Rodriguez's motion to dismiss is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)