# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 19, 2015

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

     Re:  Mariano A. Meza-Rodriguez
           v. United States
           No. 15-7017
           (Your No. 14-3271)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on November 16, 2015 and placed on the docket November 19, 2015 as No. 15-7017.

                           Sincerely,

                           **Scott S. Harris**, Clerk

                           by

                           Erik Fossum
                           Case Analyst